CASA LEGAL
TOMAS E. MARGAIN, Bar No. 193555
84 W. SANTA CLARA STREET, STE. 790
SAN JOSE, CA 95113
TEL (408) 317-1100
FAX (408) 351-0105

margainlaw@hotmail.com

Attorneys for Plaintiff
 PEDRO SIORDIA HUERTA

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEDRO SIORDIA HUERTA<br><br>         Plaintiff,<br><br>    v.<br><br>PERMA-GREEN HYDROSEEDING, INC.;<br>MITCHELL DONALD CHUCK<br><br>         Defendants. | Case No.: 5:12-cv-04731-PSG<br><br>**SECOND STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND INITIAL DEADLINES** |

    Plaintiff PEDRO SIORDIA HUERTA and Defendants PERMA-GREEN HYDROSEEDING, INC. and MITCHELL DONALD CHUCK through their attorneys' of record, hereby stipulate as follows:

   1.    The initial Case Management Conference was continued from November 6, 2012 to January 8, 2013.  The parties are seeking a second continuance of 75 days to hopefully resolve the matter or if not have the pleadings settled including a magistrate

- 1 -

**STIPULATION TO CONTINUE INITIAL**
**CASE MANAGEMENT CONFERENCE**

consent which still has not been filed by Defendants.  The length of the continuance is requested so that Defendants can execute a Notice and Acknowledgment, now that the Complaint has been amended, and have the Summons returned.  A continuance will also aid the parties in continuing to try to settle this matter.

2. Based on the initial continuance, the parties resolved the Stop Notice cause of action during a settlement meeting.  As a result, two Defendants have been dismissed.  Defendant also tendered wages to Plaintiff that made up the Stop Notice amounts.  This was done with Defendants' ability to preserve the argument that they tendered the wages prior to a lawsuit being filed and as such Plaintiff's attorneys' fees are not reasonable.

3. Subsequent to this, Plaintiff made an offer to fully resolve the balance of the case and the remaining Defendants made a counter offer.  Plaintiff rejected the counter offer and Plaintiff's counsel is trying to meet with Plaintiff to make a counter offer.

4. Because the parties have been focused on resolving the case, a Notice and Acknowledgment was not signed.  Moreover, the Complaint was amended.  Defendants are executing a New Notice and Acknowledgment today.

5. The parties have addressed all Rule 26 issues and exchanged documents.  Both sides have been actively trying to investigate and resolve this matter and a continuance will allow the parties to continue to do so.  In the below continued dates, the election to go to ADR and to have Magistrate Consents is made in roughly 30 days to move the case along in anticipation of the continued CMC date.

SO STIPULATED

FOR PLAINTIFF                              DAL BON & MARGAIN

DATED:     January 7, 2013          By:   /s/ Tomas Margain
                                                      Tomas E. Margain
                                                      For Plaintiff

- 2 -

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

DATED:   January 7, 2013           By:   /s/ Robert Fried
                                          Robert Freid
                                          For Defendants

**ORDER**

Based on GOOD CAUSE shown, the initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**February 19, 2013**

- Last Day to file a Magistrate Consent or Declination.
- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.
- Last Day to file ADR Certificate signed by Parties and Counsel.
- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference

**March 5, 2013, 2013**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement

**March 19, 2013**

- Initial Case Management Conference in Courtroom 5,4[h] Floor, San Jose Courthouse at 2:00 p.m.

IT IS SO ORDERED

DATED:   January 8, 2013           By:   [signature]
                                          PAUL S. GREWAL
                                          Magistrate Judge of the United States
                                          District Court

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**